1  Your Name: **Erncie Galaviz**
2  Address: **3060 South Decatur APT# A13**
3  Phone Number: **(702) 203-89-50**
4  Fax Number:
5  E-mail Address: **worldleadergoddessernie@gmail.com**
6  Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Case Number: **2:25-cv-01417-JAD-NJK**

Plaintiff,

vs.

**Trump, FBI, California San Berndino/court, Arrowhead Apple Valley Police Station, CPS (Palm and Barstow) Illiminati FBI (H/DC Ew)** Defendant.

**COMPLAINT**

FILED / ENTERED __ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 04 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**DEMAND FOR JURY TRIAL**
Yes ☐  No ☐

## JURISDICTION

[Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.]

1. My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[Which federal law or right is involved?] **28 U.S.C. Sec. 455, 142 U.S.C 1983, 4th Amendment, 18 U.S.C, involuntary commitment, EEOC violation**

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## VENUE

Page __ of __

[*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity *and* I live in this district.

☑ at least one defendant is located in this District and any other defendants are located in California.

### INTRADISTRICT ASSIGNMENT

[*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the courthouse in Las Vegas.*]

3. Because this lawsuit arose in _____ County, it should be assigned to the _____ Division of this Court.

### PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Ernie Calaviz

Address: 3060 South Decatur Blv Apt #13

Telephone: 702 203-8750

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1: CPS / Apple Valley

Name: San Bernadino Court (Gilbert) / Governor (a

Address: Court [*if Defendant is an individual do not list home address, just use county and state*]

Telephone: (909) 869-8900, (760) 240-7400 - Police

Defendant 2: CPS (760) 243-6640 → Victor/Barstow

Page ___ of ___

United States District Court
Los Angeles, Santa Ana, Riverside

1  Name: ~~Federald~~ Federal Courts
2  Address: _[if Defendant is an individual do not list home address, just use county and state]_
3  Telephone: _____
4  Defendant 3:
5  Name: ARROWhead Hospital
6  Address: _[if Defendant is an individual do not list home address, just use county and state]_
7  Telephone: (909) 580-1000

**STATEMENT OF FACTS**

[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

CPS in Palmdale Victorville made me believe that the doctors who perform the mental health evaluations are not licensed (state clinic of San Bernadino), also took my son away without evidence, cause the police call them at the police station to take my son away/ without my consent they transferred my case to another office in Barstow so whatever evaluations or others I have done they want me to restart all over, they called me liar, scammer by pretending I make music, made fool of me with the judges DA/ lawyers and tried to force me to take medicine (I don't know them)/ why? Promise ~~it~~ I don't admit I am sick they are going to adopt my son/ they do not want my son to be with my families/ friends

Page __ of __

I believe CPS/everyone who are on my case in California are part of a gang, also made deal with the doctors to do so specially to foreigners that they believe who do not have families also who are not billionaires I believe the hospital are maping their patients, while I was there I heard them stated that (screaming) hope they weren't mentally ill. I had witnesses of the doctor stated I wasn't sick and don't need medicat (Nicole, Jasmine, Deborah, Hailey), they told me they are ready to testify cause they see I can bring an end to their corruption

Federal/County courts are committed Bias, they do not keep their promises, never looking at the evidence, I believe they were paid under the table by the governor of California/Trump. the ignored the fact that I am religious and my son is not safe with them.

the Hospital sent lawyers to come after me, without sending a letter nor warning to be ready, I see the judge listened to them instead of asking for witnesses and the video camera or body cam, whatever they said or made up they did it alone. I believe I am not dealing with humans, the cops who did that to me never came to court to testify against me, I believe he was a clone and paid under the table. The police of Apple Valley denied that I was at the police station with my son and my handsome son is still with CPS. I asked the police to investigate they said unfound claim and still picture me as crazy/delusional and defamed my son and I, by claiming we are sick. Doctors I never met at the hospital came after me in court for instance: Jose Luis Aguilera and I called the hospital, they stated he worked there decades ago, I believe he is a clone and got accessed to the hospital data and looking for people with power or divine/Archangelic (discrimination)

# CLAIMS

## First Claim

(Name the law or right violated: ~~Magistrate Judge~~ 18 U.S.C, 14th

(Name the defendants who violated it: Margarita Lopes

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

She never came on time to bring my son, all the times my son was beating and have scratches all over his body, also I believe sexual harassment cause most of the times my son came to visit me and his penis hurts (my ex Justin as witness) I do not want to sound sick but I believe they want his sperms or taking his sperms, He was crying and I was yelling at them to see doctors, She is all the times yelling at me and thinking I am lower then them, cancelled my visitation more than 16 times (witness my ex Justin). She thinks she is the mother of my son, also requested by me come all the time at my place. She left my son all the time with her parents/grandparents who do not speak english fluently as a result of scamming to make money for them to think my son is autism like them to make money (Discrimination, Fraud), they are so mean

## 18. U.S.C Claim

(Name the law or right violated: 18. U.S.C, 14th Amendment)
(Name the defendants who violated it: Trump / Governor of California, illuminaties of CA)

many times they come to talk to me online to be part of their group cause I am an Artist (music, creator, compositor, singer, songwriter, dancer, and so on), many of them want me to join their groups including Elon Reeves Musk, I refused cause I have power and can see people's corruption, I can agree, later on denied you if I see your intentions are not good for us. But I never accepted them to be part of my group so they try to force me to accept them (I don't claim)

I believe cause I gave the tips about the riot, Elon Reeves Musk / CA Gov, Trump of white House are against me but they never checked who is power who is behind them,

mental health I cannot correspond with my powers, if I believe I were mental I'll take the medicine for safety of others or my kids / cause of riot tip / CBP. US customs / lies and illuminati / Trump / CA gov I am in this situation

Also I finished to give the tip about the riot, I come back to USA, An officer by the name of Daniel came to my place in Fl (2023 or 2024) and gave me a ticket at my parking place (I swear), all my diploma, at home were missing with other important papers, whole on the walls. (Lauderdale Florida), starting to stalking me.

FbI ao violated the 14th 18.U.S.C I should be placed in the protective or witness protection program but failed to do so cause they were the one behind it I believe. DC, Florida, Poland) or Euro. if you see one right now I believe they just put it cause I am not aware of it because they try to hide the illumination or Daniel officer

*[Copy this page and insert it where you need additional space.]*

If I missed all the names that I supposed to include or their addresses please feel free to reopen or check my previous cases with them and you can see all the parties. I want all the parties who lied or on my case to be arrested and put in prison for destroying good names and families.

Court: Juvenile Dependency Court
Judge: Mapes, Steve
Case #: JZ92547 Dependency

Federal Cases: referring to 3 courts, without consents they switched me and without trial Los Angeles closed my case: Serena Judge
Case # 5:24-cv-00183-SRM-AGR

I believe Trump / Governor of California / FBI or White House were behind them

# Violations –

the parties are: Federal Courts of Santa Ana, Federal court of Los Angeles, Federal court of Riverside (Discrimination, bias, 403)

← Fraud, 42 U.S

CPS Fosters: Fraud, 18 U.S.C., Margarita Lopez)

of San Bernadino: Violations

Fraud, 1) Barstow → Code 803(8)(c), Discrimination, 42 U.S
4th Amendments, 702 Rule of evidence, 18 USC

2) Victorville: 28 U.S code, 15 U.S, 4th Amend
Fraud, 18 U.S § 1341, Discrimination, Fraud
Justice James Clark, 268 U.S. 510, 42 U.S

ARRowhead: 18 U.SC, 28 CFR § 549.46, 1320 a-7b, Breach of Duty (Negligence), Causation: couldn't walk and drive, Shaking
42 U.S, Fraud →

Police Station Apple Valley:
violation of Ernesto Miranda's rights
18 U.S.C, Breach of Duty (Negligence), Fraud
, Causation: couldn't walk and drive, Shaking
42 U.S
CBP Customs → Fraud, 4 Amendment

Juvenile Court of San Bernadino: Bias,
403 - 18 U.S. Code, Fraud to place my son
for adoption, 4th Amendment, Illuminati,
42 U.S

TRump →

FBI: Faillure to place us under witnesses of Protection

All Parties got one thing: 18. U.S.C 14th Amendement:

Ronda Bgay, Nicole Stewart, Valerie Jeannette Head of CPS, Judge some of them Steve Maples, and the others never mentioned their names to me

It's been more than 2 years that I went to the police station in San Bernadino to ask them to help me with my Identification who was published online by CBP=US Customs while I was in Europe taking treatment for my kidney. Not only that I make music, and I believe many scammers were asking me for cards, and pretending to be others the reason I drove myself to California Cause Europe couldn't help me also Florida or others so they suggested me to come to any police station in California to help me Solve my case. Out of Nowhere my GPS drove me to San Bernadino, I believe it was a set up by the corrupt authorities. I have "Powers" born different,

I am the one who gave the tip about the riot in Washington DC, I believe Trump and the governor of California are against us and want to take away my kids as punishment for doing the right thing by protecting USA or the White House.

As a result the police of Apple Valley lied and said I came to marry Leonardo DiCaprio, there were witnesses: 2 strangers/another police that wasn't my phrase nor my car wasn't dirty nor my son wasn't dirty also video camera or body cam that they are lying.

They sent me to a mental health hospital without my consent, before the cops did all that I asked the for a liar or a phone call at the police station before detain me so they refused and I asked why cause he said so (Graig). The Hospital lied that I have mental problem cause of the police they said that to me, my son too

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

I demand for the court to award me money, return my son home to me, also put them in prison, and close their organisations, replace their organisation with others who can properly do the job (put them in prison), also I ask to investigate about others that they are false accused them to return their children.

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 08-01-2025   Sign Name: _____

Print Name: Emcie Galaviz